UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

JS-6

| | |
|---|---|
| DWHITNEY EMANUEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE, FARMERS GROUP, INC., a Delaware corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-07972-MWF(JCx)<br><br>Complaint Filed: August 24, 2025<br><br>**ORDER GRANTING REQUEST TO CONSOLIDATE CASES AND SET BRIEFING SCHEDULE FOR APPOINTMENT OF INTERIM CLASS COUNSEL**<br><br>Hon. Michael W. Fitzgerald |
| JAMES SCHWARTZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP, INC. D/B/A FARMERS INSURANCE EXCHANGE,<br><br>Defendant. | Case No.: 2:25-cv-08021-MWF(JCx)<br><br>Complaint Filed: August 25, 2025<br><br>Hon. Michael W. Fitzgerald |
| MALCOLM SCOTT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE, FARMERS GROUP, INC.,<br><br>Defendants. | Case No.: 2:25-cv-08032-MWF(JCx)<br><br>Complaint Filed: August 25, 2025<br><br>Hon. Michael W. Fitzgerald |

1

ORDER GRANTING REQUEST TO CONSOLIDATE CASES AND SETTING BRIEFING
SCHEDULE FORAPPOINTMENT OF INTERIM CLASS COUNSEL

| | |
|---|---|
| JIM MILSTEAD and MITCHELL SZYDLOWSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE; FARMERS GROUP, INC.; FARMERS NEW WORLD LIFE INSURANCE COMPANY,<br><br>Defendants. | Case No.: 2:25-cv-08062-MWF(JCx)<br><br>Complaint Filed: August 26, 2025<br><br>Hon. Michael W. Fitzgerald |
| CYNTHIA MONTALVAN, and SUSAN STYER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE, FARMERS GROUP, INC., a Nevada corporation, FARMERS NEW WORLD LIFE INSURANCE COMPANY, a Washington corporation,<br><br>Defendants. | Case No.: 2:25-cv-08085-MWF(JCx)<br><br>Complaint Filed: August 27, 2025<br><br>Hon. Michael W. Fitzgerald |
| LEN KOVNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP, INC. and FARMERS INSURANCE EXCHANGE,<br><br>Defendants. | Case No.: 2:25-cv-08120-MWF(JCx)<br><br>Complaint Filed: August 28, 2025<br><br>Hon. Michael W. Fitzgerald |

| RICHARD THOMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE, FARMERS GROUP, INC.,<br><br>Defendants. | Case No.: 2:25-cv-08248-MWF(JCx)<br><br>Complaint Filed: September 2, 2025<br><br>Hon. Michael W. Fitzgerald |
|---|---|
| CHRISTINA SCORIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP, INC. d/b/a FARMERS INSURANCE,<br><br>Defendant. | Case No.: 2:25-cv-08293-MWF(JCx)<br><br>Complaint Filed: September 3, 2025<br><br>Hon. Michael W. Fitzgerald |
| MELANIE RICE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE, FARMERS GROUP, INC.,<br><br>Defendants. | Case No.: 2:25-cv-08355-MWF(JCx)<br><br>Complaint Filed: September 4, 2025<br><br>Hon. Michael W. Fitzgerald |

| | |
|---|---|
| ARLENE OZBURN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP, INC.; FARMERS INSURANCE EXCHANGE,<br><br>Defendants. | Case No.: 2:25-cv-08728-MWF(JCx)<br><br>Complaint Filed: September 15, 2025<br><br>Hon. Michael W. Fitzgerald |
| MIA GARCIA and JACQULYN MCGLYNN, individually and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE and FARMERS GROUP, INC.,<br><br>Defendants. | Case No.: 2:25-cv-08774-MWF(JCx)<br><br>Complaint Filed: September 16, 2025<br><br>Hon. Michael W. Fitzgerald |
| HAROUT GARABEDIAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FARMERS GROUP, INC., FARMERS INSURANCE EXCHANGE, TRUCK INSURANCE EXCHANGE, AND FIRE INSURANCE EXCHANGE, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-09250-MWF(JCx)<br><br>Complaint Removed: September 26, 2025<br><br>Hon. Michael W. Fitzgerald |

On December 23, 2025, the Parties filed their Stipulated Request to Consolidate Cases and Set Briefing Schedule for Appoint of Interim Class Counsel. The Court, having considered the Parties' Stipulation, finds good cause exists for the requested consolidation and briefing schedule and ORDERS as follows:

1. The following actions pending before this Court shall be consolidated and assigned to this Court pursuant to Rule 42(a) of the Federal Rules of Civil Procedure (hereinafter, the "Consolidated Action"):

- *Emanuel v. Farmers Insurance Exchange, et al.*, No. 2:25-cv-07972-MWF(JCx), filed Aug. 24, 2025;
- *Scott v. Farmers Insurance Exchange, et al.,* No. 2:25-cv-08032-MWF(JCx), filed Aug. 25, 2025;
- *Schwartz v. Farmers Group, Inc., et al.*, No. 2:25-cv-08021-MWF(JCx), filed Aug. 25, 2025;
- *Milstead, et al. v. Farmers Insurance Exchange, et al.*, No. 2:25-cv-08062-MWF(JCx), filed Aug. 26, 2025;
- *Montalvan, et al. v. Farmers Insurance Exchange, et al.*, No. 2:25-cv-08085-MWF(JCx), filed Aug. 27, 2025;
- *Kovner v. Farmers Group, Inc., et al.*, No. 2:25-cv-08120-MWF(JCx), filed Aug. 28, 2025;
- *Thomas v. Farmers Insurance Exchange, et al.*, No. 2:25-cv-08248-MWF(JCx), filed Sept. 2, 2025;
- *Scorio v. Farmers Group, Inc., et al.*, No. 2:25-cv-08293-MWF(JCx), filed Sept. 3, 2025;
- *Rice v. Farmers Insurance Exchange, et al.*, No. 2:25-cv-08355-MWF(JCx), filed Sept. 4, 2025;
- *Ozburn v. Farmers Insurance Exchange, et al.*, No. 2:25-cv-08728-MWF(JCx), filed Sept. 15, 2025;

- *Garcia et al. v. Farmers Insurance Exchange, et al.*, No. 2:25-cv-08774-MWF(JCx), filed Sept. 16, 2025, and;
- *Garabedian v. Farmers Group, Inc.*, No. 2:25-cv-09250-MWF(JCx), removed Sept. 26, 2025.

2. All papers filed in the Consolidated Action shall be filed under Case No. 2:25-cv-07972-MWF(JCx), the number assigned to the first-filed action, and must bear the following caption:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| *In re Farmers Security Incident Litigation* | Case No. 2:25-cv-07972-MWF(JCx) |
| This Document Relates to: | **CLASS ACTION** |

3. The case file for the Consolidated Action will be maintained under the Master File Case No. 2:25-cv-07972-MWF(JCx). When a pleading is intended to apply to all of the Related Actions, the words "All Actions" shall appear immediately after "This Document Relates to:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in that action shall appear immediately after the words "This Document Relates to:" in the caption described above.

4. The following Related Actions will be **administratively closed**:
- *Scott v. Farmers Insurance Exchange, et al.,* No. 2:25-cv-08032-MWF(JCx), filed Aug. 25, 2025;
- *Schwartz v. Farmers Group, Inc., et al.*, No. 2:25-cv-08021-MWF(JCx), filed Aug. 25, 2025;

6

ORDER GRANTING REQUEST TO CONSOLIDATE CASES AND SETTING BRIEFING SCHEDULE FOR APPOINTMENT OF INTERIM CLASS COUNSEL

- *Milstead, et al. v. Farmers Insurance Exchange, et al.*, No. 2:25-cv-08062-MWF(JCx), filed Aug. 26, 2025;
- *Montalvan, et al. v. Farmers Insurance Exchange, et al.,* No. 2:25-cv-08085-MWF(JCx), filed Aug. 27, 2025;
- *Kovner v. Farmers Group, Inc., et al.*, No. 2:25-cv-08120-MWF(JCx), filed Aug. 28, 2025;
- *Thomas v. Farmers Insurance Exchange, et al.*, No. 2:25-cv-08248-MWF(JCx), filed Sept. 2, 2025;
- *Scorio v. Farmers Group, Inc., et al.*, No. 2:25-cv-08293-MWF(JCx), filed Sept. 3, 2025;
- *Rice v. Farmers Insurance Exchange, et al.*, No. 2:25-cv-08355-MWF(JCx), filed Sept. 4, 2025;
- *Ozburn v. Farmers Insurance Exchange, et al.*, No. 2:25-cv-08728-MWF(JCx), filed Sept. 15, 2025;
- *Garcia et al. v. Farmers Insurance Exchange, et al.*, No. 2:25-cv-08774-MWF(JCx), filed Sept. 16, 2025, and;
- *Garabedian v. Farmers Group, Inc.*, No. 2:25-cv-09250-MWF(JCx), removed Sept. 26, 2025.

5. Any subsequently filed, removed, or transferred action that alleges the same or substantially similar claims as this Consolidated Action shall be consolidated with the Consolidated Action. Any party objecting to such consolidation must file a motion requesting relief from this order within fourteen days after the action is consolidated. For the avoidance of doubt, plaintiffs in the Related Actions and Farmers each reserve their right to object to or to oppose consolidation of any action other than the Related Actions.

6. As soon as practicable, the parties shall notify the Court whenever a related case that should be consolidated into this action is filed in, removed to, or transferred to, this District.

7. Any counsel who has filed an action in this Consolidated Action may file an individual or joint application for consideration as interim class counsel no later than twenty-one (21) days from the date of entry of the Court's order approving this stipulation. Each individual attorney's application shall not exceed five pages double-spaced; each joint application shall not exceed ten pages double-spaced. All applications shall address the factors set forth in rule 23(g) of the Federal Rules of Civil Procedure and may attach or include a link to their firm resume(s). No responses will be permitted.

8. Within seven (7) days of the order appointing lead counsel, the parties shall meet and confer regarding additional case deadlines.

9. Farmers is relieved from responding to the individual complaints in the Related Actions, and in any related actions subsequently filed, removed, or transferred into this District, until after the appointment of lead counsel and the filing of a consolidated complaint.

IT IS SO ORDERED.

Dated: December 23, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge